UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JON SCHMITT, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:16-cv-02810-TWP-TAB |
| WENDY KNIGHT, | ) ) ) |
| Respondent. | ) |

**Entry Denying Post-Judgment Motion for Assistance**

Petitioner Jon Schmitt successfully petitioned for a writ of habeas corpus concerning his prison disciplinary action, prison case number CIC 16-04-0179, with judgment entered February 5, 2018, vacating the disciplinary sanctions. Mr. Schmitt now moves the Court for assistance, reporting that prison officials are proceeding to re-charge him with the same disciplinary violation.

Mr. Schmitt's motion, dkt. [15], is **denied**. There is no double jeopardy bar to being prosecuted more than once in prison disciplinary actions. *United States v. Morales*, 312 Fed. Appx. 823, 824 (7th Cir. 2009); *Meeks v. McBride*, 81 F.3d 717, 722 (7th Cir. 1996).

**IT IS SO ORDERED**.

Date: 3/13/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jon Schmitt
213032
Correctional Industrial Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064

Electronically Registered Counsel